IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RANDAL LEE JERNIGAN                                                PLAINTIFF

v.                          No. 4:21-cv-216-DPM

ASHLEY PRATT, Federal Probation/
Parole Officer; LESCIARA WALKER,
Federal Probation/Parole Officer; and
UNITED STATES PROBATION OFFICE                    DEFENDANTS

### ORDER

The time to reopen the case has passed. *Doc. 10.* The Court lifts the stay and will dismiss the case without prejudice for failure to prosecute.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 May 2023